UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Okwuchukwu Jidoefor, <br><br>   Plaintiff, <br><br> v. <br><br> MEnD Correctional Care PLLC; Dr. Todd Leonard, MEnD Correctional Care PLLC, Medical Director/Jail Physician, in his individual and official capacities; Diana VanDerbeek, MEnD Correctional Care PLLC, Nursing Director, in her individual and official capacities; United States Marshal Service, USMS; Sherburne County; Nate Rowedder, Correctional Officer, in his individual and official capacities; and Sherburne County Jail Clinic, <br><br>   Defendants. | Civ. No. 22-1777 (JWB/DLM) <br><br><br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko dated July 21, 2023. (Doc. No. 56.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

   1.   The July 21, 2023 Report and Recommendation (Doc. No. 56) is

**ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 23, 2023

       *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge